UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JESSE CHEN, Individually and on Behalf of   :
All Others Similarly Situated,              :
                                            :   CASE NO.: 1:18-cv-10418 -GBD-KNF
                                            :
            Plaintiff,                      :
                                            :
      v.                                    :
                                            :
ELECT INCOME REIT, DAVID M.                 :
BLACKMAN, ADAM D. PORTNOY,                  :
DONNA D. FRAICHE, WILLIAM A.                :
LAMKIN, and JEFFREY P. SOMERS,,             :
                                            :
            Defendants.                     :
                                            :
---------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 21, 2019                    Respectfully Submitted,

                                           **MONTEVERDE & ASSOCIATES PC**

                                           */s/ Juan E. Monteverde*
                                           Juan E. Monteverde
                                           The Empire State Building
                                           350 Fifth Avenue, Suite 4405
                                           New York, New York 10118
                                           Tel: 212-971-1341
                                           Fax: 212-202-7880

                                           *Attorney for Plaintiff*